### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY HAMILTON, | ) | 3:19-cv-00380-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | February 19, 2021 |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for copy's (sic) work of motion for leave to amend and 1st amendment (sic) complaint as well" (ECF No 30).

Plaintiff is advised he should not expect to receive free copies of court filings as a matter of course. However, in this instance, Plaintiff's request shall be granted on a **one-time basis**. Plaintiff is informed if in the future he wishes to have a copy of a filing, he will have to order it in advance and pay for it. The Clerk's Office charges 50¢ per page.

Plaintiff's request (ECF No. 30) is **GRANTED**. The Clerk of the Court is directed to send a copy of Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 24) and Plaintiff's proposed Amended Complaint attached to the motion (ECF No. 24-1).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk